AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
WESTERN District of TEXAS

FILED

APR 0 9 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. SA-21-MJ- 00422 |
| Timothy Nuncio | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 7, 2021  in the county of  Bexar  in the
Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1)&(b)(1)(A) | Possession of Methamphetamine with Intent to Distribute |
| | PENALTIES: 10 years to life imprisonment, $10,000,000 fine, 5 years supervised release, and $100 mandatory special assessment |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Daniel Mariano, DEA Special Agent
_____
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:   4/8/2021

_____
Judge's signature

City and state:   San Antonio, Texas

Henry J. Bemporad, U.S. Magistrate Judge
_____
Printed name and title

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel Mariano, am currently employed as a Special Agent with the United States Drug Enforcement Administration (DEA) who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code. I have been employed by the DEA since 2020, and I am currently assigned to the San Antonio District Office in San Antonio, Texas. During the course of my employment I have been personally involved in numerous drug trafficking and money laundering investigations. I have special training in the investigation of drug trafficking organizations, specifically, communication exploitation, drug trafficking patterns, and techniques.

On April 7, 2021, DEA agents received information that **Timothy NUNCIO** of San Antonio, Texas, would be traveling to Dallas, Texas, and receiving approximately eight kilograms of methamphetamine from an unknown person. Agents learned that **NUNCIO** would be operating a black Ford F150 bearing Texas license plates.

On April 7, 2021, DEA notified Texas Department of Public Safety (DPS) State Troopers that **NUNCIO** would be traveling back to San Antonio from Dallas, Texas, that same day at an unknown time. At approximately 10:53pm, **NUNCIO** arrived in the New Braunfels, Texas, area, in the Western District of Texas. Texas DPS attempted to conduct a traffic stop on **NUNCIO** on Interstate 35 in New Braunfels. **NUNCIO** failed to stop for black and white marked units and a pursuit ensued. After a twenty to twenty-five minute pursuit, **NUNCIO** came to a stop near the intersection of Loop 1604 and Nacogdoches Road in San Antonio.

DEA recovered the eight kilograms of methamphetamine from **NUNCIO**'s vehicle, and arrested **NUNCIO** for transporting the methamphetamine. Upon being read his rights, **NUNCIO** voluntarily cooperated with officers and advised that, on the same day, he picked up eight kilograms of methamphetamine from an unknown male in Dallas, Texas. **NUNCIO** advised officers that the eight kilograms of methamphetamine were his. **NUNCIO** and his wife gave agents consent to search their residence in San Antonio, where multiple firearms were seized along with a bulletproof vest. Timothy **NUNCIO** was later transported to the Karnes County Detention Center without incident.

Based on this information, there is probable cause to believe that **Timothy NUNCIO** possessed methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A).

Daniel Mariano
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on April_____8___, 2021.

Honorable Henry J. Bemporad
United States Magistrate Judge